Boleslaw Shimanis and Anna Shimanis, executors under the will of Mikolas Paukszta, also known as Mike Paukszta, deceased, appellants, v. Walter Krecunas, also known as Walter Kraucunas, appellee. Gen. No. 36,891.

Opinion filed November 6, 1933.

J. P. Waitches, for appellants. Norman C. Barry, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Henry J. Ottenstroer, appellee, v. The Belt Railway Company of Chicago, appellant. Gen. No. 36,584.

Opinion filed November 6, 1933.

J. Raymond Barse, Samuel Kassel and John A. Bloomingston, for appellant; Roy S. Gaskill, of counsel. William Walter McCallum and Murphy O. Tate, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Archie I. Bernstein and Isador Becker, defendants in error, v. Abe Allen et al., plaintiffs in error. Gen. No. 36,605.

Opinion filed November 6, 1933. Rehearing denied November 20, 1933.

Pope, Dooley & Friedman, for plaintiffs in error; Arnold D. McMahon, of counsel. Alfred Beck, for defendants in error.

Mr. Justice McSurely delivered the opinion of the court.

Patrick Moylan, plaintiff in error, v. Felix Coune and Franklin Bergenthal, defendants in error. Gen. No. 36,609.

Opinion filed November 6, 1933.

V. Russell Donaghy and Stuart B. Krohn, for plaintiff in error; Stuart B. Krohn, of counsel. Miller, Gorham, Wales & Adams, for defendant in error Felix Coune; Herbert C. DeYoung, of counsel. Cassels, Potter & Bentley, for defendant in error Franklin Bergenthal; Ralph F. Potter, Leslie H. Vogel and E. Douglas Schwantes, of counsel.

Mr. Justice McSurely delivered the opinion of the court.